2:22-cv-01590-RMG     Date Filed 05/18/22     Entry Number 8     Page 1 of 2

2:18-mn-02873-RMG     Date Filed 05/18/22     Entry Number 2354     Page 1 of 2
Case MDL No. 2873   Document 1435   Filed 05/18/22   Page 1 of 2

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AQUEOUS FILM−FORMING FOAMS
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2873

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −90)

On December 7, 2018, the Panel transferred 75 civil action(s) to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 357 F.Supp.3d 1391 (J.P.M.L. 2018). Since that time, 197 additional action(s) have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable Richard M. Gergel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Gergel.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of South Carolina for the reasons stated in the order of December 7, 2018, and, with the consent of that court, assigned to the Honorable Richard M. Gergel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 18, 2022

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

A TRUE COPY
ATTEST: ROBIN L. BLUME, CLERK

BY: Sandra S. Shealy

DEPUTY CLERK

2:22-cv-01590-RMG    Date Filed 05/18/22    Entry Number 8    Page 2 of 2

2:18-mn-02873-RMG    Date Filed 05/18/22    Entry Number 2354    Page 2 of 2
Case MDL No. 2873   Document 1435   Filed 05/18/22   Page 2 of 2

IN RE: AQUEOUS FILM-FORMING FOAMS
PRODUCTS LIABILITY LITIGATION                                           MDL No. 2873

### SCHEDULE CTO-90 - TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | | |
| CAN | 3 | 22-02635 | Nordby et al v. 3M Company et al | |
| CAN | 5 | 22-02629 | Nanez et al v. 3M Company et al | |
| **NEW HAMPSHIRE** | | | | |
| ~~NH~~ | ~~1~~ | ~~22-00145~~ | ~~NH, State of v. 3M Company et al~~ | OPPOSED 5/18/22 |
| **NEW YORK SOUTHERN** | | | | |
| NYS | 1 | 22-03717 | Guevara et al v. 3M Company et al | |